# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FRIENDS OF THE CAPITAL CRESCENT  )
TRAIL, *et al.*  )
                                      )
      **Plaintiffs,**  )
                                        )
        **v.**  )  **Civil Case No. 14-01471 (RJL)**
                                        )
FEDERAL TRANSIT ADMINISTRATION,  )
*et al.*  )
                                        )
      **Federal Defendants.**  )
                                        )
        **v.**  )
                                          )
STATE OF MARYLAND,  )
                                        )
      **Defendant-Intervenor.**  )

**FILED**

NOV 2 2 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

(November 22, 2016) [Dkts. ## 98, 99]

For the reasons set forth in the Memorandum Opinion accompanying this Order, federal defendants' Motion to Alter or to Amend the Court's Judgment [Dkt. # 99] and defendant-intervenor Maryland's Motion to Alter or to Amend the Court's Judgment [Dkt. # 98] are **GRANTED IN PART** and **DENIED IN PART**. It is hereby **ORDERED**

1. That the Federal Transit Administration ("FTA") shall conduct an assessment as expeditiously as possible, in accordance with its regulations, as to whether recent Washington Metropolitan Area Transit Authority ("WMATA") Metrorail safety and ridership issues require a supplemental EIS ("SEIS") for the Purple Line. Upon

completion, the FTA shall submit the assessment to the Court with a determination as to whether the WMATA Metrorail safety and ridership issues require an SEIS.

2. If the FTA determines that an SEIS is required, the FTA shall file a notice with the Court announcing that an SEIS will be prepared, and shall provide an estimate of how long it will take to complete the SEIS.

3. If the FTA determines that an SEIS is not required, the following supplemental briefing schedule shall be established:

   a. Together with the filing of the assessment and determination, or within seven days thereafter, federal defendants and defendant-intervenor will file renewed motions for summary judgment on the limited issue of whether the WMATA Metrorail safety and ridership issues require an SEIS for the Purple Line. Federal defendants' and defendant-intervenor's supporting memoranda shall not exceed 15 pages each;

   b. Fourteen days after federal defendants and defendant-intervenor file their renewed motions, plaintiffs shall file their opposition. Plaintiffs' supporting memorandum shall not exceed 20 pages; and

   c. Seven days after plaintiffs file their opposition, federal defendants and defendant-intervenor shall file their replies. Federal defendants' and defendant-intervenor's supporting memoranda shall not exceed 10 pages each.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

2